IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COLLETTE JACQUES SCOTT, | : | |
| Plaintiff, | : | |
| v. | : | Civ. No. 10-422-LPS-MPT |
| SEARS HOLDING CORPORATION, et al., | : | |
| Defendants. | : | |

## MEMORANDUM ORDER

At Wilmington, this 22nd day of August, 2011,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Collette Jacques-Scott's motion for reconsideration for extension of time (D.I. 31), objected to by Defendants, is hereby DENIED. Plaintiff has been given repeated extensions of time. (*See* D.I. 15-21-23, 25) In addition, she has failed to identify any meritorious basis for the Court to reconsider the denial of her most recent motion for an extension as set forth in the Court's August 8, 2011 Order. (D.I. 30)[1]

Honorable Leonard P. Stark
UNITED STATES DISTRICT JUDGE

---

[1] *See Max's Seafood Café by LouAnn, Inc. v. Quinteros,* 176 F.3d 669, 677 (3d Cir. 1999) (holding motion for reconsideration may be granted only if movant can show at least one of the following: (i) there has been an intervening change in controlling law; (ii) availability of new evidence not available when court made its decision; or (iii) need to correct clear error of law or fact to prevent manifest injustice); *Smith v. Meyers,* 2009 WL 51195928, at *1 (D. Del. Dec.30, 2009) ("A motion for reconsideration is not properly grounded on a request that a court rethink a decision already made.").